**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1166**

THOMAS WALSH,

Plaintiff - Appellant,

v.

DIOMEDES LOGOTHETIS, in his individual capacity; AMY
SEBRING, in her individual capacity; JEROME STRAUSS, in his
individual capacity; VELMA JACKSON-WILLIAMS, in her
individual capacity; BEVERLY WARREN, in her individual
capacity; CRAIG ANDERSON, in his individual capacity; JOHN
MUSGROVE, in his individual capacity; DAVID LITTON, in his
individual capacity; MARTHA PARRISH, in her individual
capacity; KAWANA PACE-HARDING, in her individual capacity;
CYNTHIA ANDREWS, in her individual capacity; MICHAEL RAO, in
his individual capacity; REBECCA CAIN IVANS, in her
individual capacity; KAREN BEEBE, in her individual
capacity; MICHAEL PIERCE, in his individual capacity; QUINCY
BYRDSONG, in his individual capacity; GREER SAUNDERS, in her
individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  John A. Gibney, Jr.,
District Judge. (3:13-cv-00401-JAG)

Submitted: June 30, 2014                Decided: July 11, 2014

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Walsh, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Walsh appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Walsh v. Logothetis, No. 3:13-cv-00401-JAG (E.D. Va. Jan. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED